**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-357-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff respectfully requests that this Court enter an order granting her leave to file her proposed Second Amended Complaint, a copy of which is attached hereto, and deem it filed instanter. A memorandum in support of said request is hereby attached and incorporated by reference.

WHEREFORE, plaintiff requests that the Court enter an order to grant her leave to file the proposed Second Amended Complaint, a copy of which is attached hereto, and deem it filed instanter.

Respectfully submitted,

Christopher M. Lefebvre#4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-357-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION**

I certify that on June 22, 2005, I mailed a copy of the attached Motion To Amend Complaint to the following individuals:

Bruce S. Luckman Esquire
Satzberg, Trichon, et al.
1818 Market St., 30th Fl
Philadelphia, PA 19103

Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 S. Main Street
Providence, RI 02903

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-357-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Fed.R.Civ.P. 15(a) provides that "leave [to file an amended complaint] shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 594, (5th Cir. 1981).

The proposed Second Amended Complaint simply adds a new claim( failure to provide All information about the Plaintiff that was readily available to the Defendant) against the Defendant that was just brought to the attention of the Plaintiff upon receipt of a report from her expert. There is no prejudice to the Defendant as the expert has yet to be deposed about his conclusions regarding this issue. Just cause exists to grant the Plaintiff leave to amend her complaint. Tiernan v. Blyth, et als, (denial of a motion to amend complaint is proper when the underlying basis for the denial – such as undue delay, bad faith or dilatory motive on the movant,

or undue prejudice to the opposing party is apparent or declared); Tiernan v. Blyth, et als, 719 F.2d 1 (1st Cir. 1983); Inge v. Rock Financial Corporation, (plaintiff's motion to amend was granted when the purpose was to clarify pleading deficiencies in prior complaint as opposed to an effort to add new claims or parties); Inge v. Rock Financial Corporation, 2002 U.S. App. Lexis 2902 (6th Cir. 2002) ; and Grant v. News Group Boston, Inc, (unless there appears to be an adequate reason for the denial [of a motion to amend] such as, undue delay, bad faith, dilatory motive on the part of the movant, or futility of the amendment, courts will not affirm the denial); Grant v. News Group Boston, Inc55 F.3d 1 (1st Cir. 1995).

## CONCLUSION

For the reasons stated above, this Court should grant Plaintiff's motion for leave to file her Second Amended Complaint, attached hereto as Exhibit A, and deem it filed instanter.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-357-S |
| | ) | |
| v. | ) | |
| | ) | |
| TRANS UNION, LLC | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION**

I certify that on June 22, 2005, I mailed a copy of the attached Memorandum in Support Motion To Amend Complaint with attached Second Amended Complaint to the following individuals:

Bruce S. Luckman Esquire
Satzberg, Trichon, et al.
1818 Market St., 30th Fl
Philadelphia, PA 19103

Kevin C. Glavin, Esq.
Cutcliffe, Glavin & Archetto
155 S. Main Street
Providence, RI 02903