7/14/05: GRANTED ABSENT OBJECTION, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, Plaintiff, v. TRANS UNION, LLC Defendant. | ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 04-357-S JURY DEMANDED |

FILED JUN 22 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff respectfully requests that this Court enter an order granting her leave to file her proposed Second Amended Complaint, a copy of which is attached hereto, and deem it filed instanter. A memorandum in support of said request is hereby attached and incorporated by reference.

WHEREFORE, plaintiff requests that the Court enter an order to grant her leave to file the proposed Second Amended Complaint, a copy of which is attached hereto, and deem it filed instanter.

Referred to U.S.M.J.
☐ for findings & recommendation
☒ for determination
☐

7/11/05

Respectfully submitted,

Christopher M. Lefebvre#4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)