**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JUDITH A. SUNDERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 04-357-S |
| | ) | |
| v. | ) | |
| | ) | RECEIVED |
| TRANS UNION, LLC | ) | |
| | ) | AUG 26 2005 |
| | ) | U.S. DISTRICT COURT |
| Defendant. | ) | DISTRICT OF RHODE ISLAND |

**DISMISSAL STIPULATION**

Plaintiff, Judith Sunderland dismisses the above referenced action with prejudice.

Christopher M. Lefebvre, Esq.
PO BOX 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

ENTER WM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/30/05

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed to Kevin C. Glavin, Esq., 155 Main Street, Suite 300, Providence, RI 02903, and Bruce S. Luckman, Esq., SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C., 1818 Market Street, 30th Floor, Philadelphia, PA, 19103 on this 23rd day of Agust, 2005